UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CHARLES L. REYNOLDS,

     Plaintiff

vs.

METROPOLITAN LIFE INSURANCE CO.,

     Defendant

CIVIL ACTION NO. 04-232J

JUDGE GIBSON

## JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, and Memorandum Opinion and Order dated February 20, 2007, Judgment is hereby entered in favor of the Defendant, Metropolitan Life Insurance Co., and against the Plaintiff, Charles L. Reynolds.

Dated: February 22, 2007

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE